IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE ROSE** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-4352 |
| | : |
| **MICROCHIP TECHNOLOGY, INC.** | : |

## O R D E R

**AND NOW,** this 21ST day of September, 2023, **IT IS HEREBY ORDERED** that:

1. The Defendant's motion to compel an independent medical examination of Plaintiff [Doc. 32] is **GRANTED**.

2. The Plaintiff's request to limit the Plaintiff's deposition is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.